AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

ERIC POUSSON
Plaintiff
v.
LINCOLN NATIONAL LIFE INSURANCE CO
Defendant

Civil Action No. 2:25−CV−01464−JDC−TPL
Judge James D Cain, Jr

## SUMMONS IN A CIVIL ACTION

To:
**Lincoln National Life Insurance Co**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**John Price McNamara**
**ERISA Insurance Claim Attorneys**
**9431 Common St**
**Baton Rouge, LA 70809**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/2/2025

/s/ − Daniel J. McCoy

2:25−CV−01464−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Lincoln National Life Insurance Co** was received by me on *(date)*______________________________.

- I personally served the summons on **Lincoln National Life Insurance Co** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or
- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or
- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or
- I returned the summons unexecuted because _____________________ ________________________________________; or
- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc: