**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**ERIC POUSSON,**

**Plaintiff,**

**V.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

**CIVIL ACTION NO. 2:25-cv-001464-JDC-TPL**

**DISTRICT JUDGE JAMES D. CAIN, JR.**

**MAGISTRATE JUDGE THOMAS P. LeBLANC**

**DEFENDANT'S STATEMENT OF CORPORATE DISCLOSURE**

Defendant, The Lincoln National Life Insurance, by and through undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files this statement of corporate disclosure and states:

**The Lincoln National Life Insurance Company,** a nongovernmental corporate party, is a wholly owned subsidiary of **Lincoln National Corporation**.

Lincoln National Corporation, a publicly held corporation, owns 100% of the stock of The Lincoln National Life Insurance Company.

Respectfully submitted this 27th day of October 2025.

**[SIGNATURE PAGE FOLLOWS]**

Respectfully submitted,
**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*

Lindsay Calhoun (Bar #35070)
Keiran S. McCluskie (Bar # 40874)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: keiran.mccluskie@phelps.com

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2025, the above and foregoing document was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

*/s/ Lindsay Calhoun*
Lindsay Calhoun