**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **ERIC POUSSON,** <br><br> **Plaintiff,** <br><br> **V.** <br><br> **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** <br><br> **Defendant.** | **CIVIL ACTION NO. 2:25-cv-001464-JDC-TPL** <br><br> **DISTRICT JUDGE JAMES D. CAIN, JR.** <br><br> **MAGISTRATE JUDGE THOMAS P. LeBLANC** |

**IWANA RADEMAEKERS'S DECLARATION**
**IN SUPPORT OF HER MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.2.6, the undersigned, Iwana Rademaekers, declares as follows:

No disciplinary proceedings or criminal charges have been instituted against me.

I declare under penalty and perjury that the foregoing is true and correct.

______________________________
**IWANA RADEMAEKERS**

SWORN TO AND SUBSCRIBED BEFORE
ME THIS _27th_ DAY OF OCTOBER 2025.

______________________________
NOTARY PUBLIC IN THE STATE OF TEXAS
Commission expires April 29, 2026

SANDRA J. ACKER
Notary Public, State of Texas
Comm. Expires 04-29-2026
Notary ID 128254128

EXHIBIT
**B**