**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**ERIC POUSSON** **CIVIL ACTION NO.: 2:25-cv-001464**

**VERSUS**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

**JOINT MOTION TO ENTER PROPOSED RULE 16 SCHEDULING ORDER FOR ERISA BENEFITS CASE TO BE DETERMINED ON ADMINISTRATIVE RECORD**

**NOW INTO COURT**, through their respective undersigned counsel, come Plaintiff, **ERIC POUSSON**, and Defendant, **THE LINCOLN NATIONAL LIFE INSURANCE COOMPANY**, who jointly aver:

1. This case involves claims for denied benefits governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001, *et seq*.

2. The merits will be determined in usual ERISA fashion by trial on briefs in the form of Cross-Motions for Judgment on the Administrative Record. The relevant evidence will be limited to the administrative record, relevant ERISA Plan documents, as well as any authorized but currently unanticipated exceptions to that limitation, as determined by the Court. Discovery is not anticipated, but if any is sought, it will be limited to the narrowly permitted circumstances under ERISA and applicable law.

3. The parties jointly propose that the proposed Rule 16 Scheduling Order submitted herewith will lend itself to judicial efficiency and orderly disposition of the case and agree to it if acceptable to the Court.

Respectfully jointly submitted,

By: /s/ J. Price McNamara________
**J. Price McNamara**
Bar Nos: LA 20291 & TX 24084626
9431 Common Street
Baton Rouge, LA 70809
Phone: 225-201-8311
Fax: 225-201-8313
price@jpricemcnamara.com

**ATTORNEY FOR COMPLAINANT**

*/s/ Lindsay Calhoun*__________
**Lindsay Calhoun (Bar #35070)**
**Keiran S. McCluskie (Bar # 40874)**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: keiran.mccluskie@phelps.com

-AND-

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*__________
**Iwana Rademaekers** (Texas State Bar No. 16452560)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of November, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ J. Price McNamara
**J. PRICE McNAMARA**