**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**ERIC POUSSON,**

**Plaintiff,**

**V.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

**CIVIL ACTION NO. 2:25-cv-001464-JDC-TPL**

**DISTRICT JUDGE JAMES D. CAIN, JR.**

**MAGISTRATE JUDGE THOMAS P. LeBLANC**

## ORDER GRANTING PRO HAC ADMISSION

CONSIDERING the Motion to Appear Pro Hac Vice [Doc. 5];

IT IS ORDERED that the motion is GRANTED, and, accordingly, Iwana Rademaekers is hereby admitted to the bar of this Court *pro hac vice* as additional counsel of record for Defendant The Lincoln National Life Insurance Company in the above referenced matter.

SO ORDERED at Lake Charles, Louisiana, this 7th day of November, 2025.

THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE