**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **ERIC POUSSON,** | **CIVIL ACTION NO. 2:25-cv-001464-JDC-TPL** |
| **Plaintiff,** | **DISTRICT JUDGE JAMES D. CAIN JR.** |
| **V.** | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **MAGISTRATE JUDGE THOMAS P. LeBLANC** |
| **Defendant.** | |

**JOINT MOTION FOR SCHEDULING CONFERNCE**

**NOW INTO COURT**, through their respective undersigned counsel, come Plaintiff, **ERIC POUSSON**, and Defendant, **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**, who jointly move the Court for a scheduling conference by telephone for this ERISA Insurance Benefits Case to be Determined by dispositive motions on an Administrative Record.

This Joint Motion is filed in connection with the previously filed Joint Motion to Enter Proposed Rule 16 Scheduling Order for ERISA Benefits Case to be Determined on Administrative Record and the proposed Scheduling Order (Dkt. No. 6).

The parties have conferred and agree that a scheduling conference would assist in the orderly management of this case, including the establishment of deadlines for production of the administrative record, briefing, and any other pretrial matters.

Accordingly, the parties respectfully request that the Court set a scheduling conference by telephone at the Court's convenience.

Respectfully jointly submitted,

By: /s/ J. Price McNamara
**J. Price McNamara**
Bar Nos: LA 20291 & TX 24084626
9431 Common Street
Baton Rouge, LA 70809
Phone: 225-201-8311
Fax: 225-201-8313
price@jpricemcnamara.com

**ATTORNEY FOR COMPLAINANT**

*/s/ Lindsay Calhoun*
**Lindsay Calhoun (Bar #35070)**
**Keiran S. McCluskie (Bar # 40874)**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: keiran.mccluskie@phelps.com

-AND-

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*
**Iwana Rademaekers** (Texas State Bar No. 16452560)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ J. Price McNamara
**J. PRICE McNAMARA**