**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **ERIC POUSSON,** | **CIVIL ACTION NO. 2:25-cv-001464-JDC-TPL** |
| **Plaintiff,** | **DISTRICT JUDGE JAMES D. CAIN JR.** |
| **V.** | **MAGISTRATE JUDGE THOMAS P. LeBLANC** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | |
| **Defendant.** | |

**ORDER**

Considering the foregoing motion, it is hereby

**ORDERED** that a **SCHEDULING CONFERENCE** will be held **BY TELEPHONE** on the **____ day of ______________, 2026 at ________ o'clock __m. CT.**

All parties are to call into the conference call at **______________,** Access Code: **__________.**

Signed this _____day of ______________, 2026.

_________________________________
JUDGE