**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**ERIC POUSSON,**

**Plaintiff,**

**V.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

**CIVIL ACTION NO. 2:25-cv-001464-JDC-TPL**

**DISTRICT JUDGE JAMES D. CAIN JR.**

**MAGISTRATE JUDGE THOMAS P. LeBLANC**

# ORDER

CONSIDERING the Joint Motion for Scheduling Conference [Doc. 8];

IT IS ORDERED that the motion is GRANTED, and, accordingly, a Scheduling Conference by telephone with the undersigned will be held on **March 19, 2026, at 1:30 pm (CST)**. Counsel are to call into the Chambers Teleconference Line at 1-855-244-8681 (toll free) or 1-650-479-3207, Access code 2306 084 5065, to participate in the Scheduling Conference.

SO ORDERED at Lake Charles, Louisiana, this 9th day of March, 2026.

THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE