**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **ERIC POUSSON,** | **CIVIL ACTION NO. 2:25-cv-001464-JDC-TPL** |
| **Plaintiff,** | **DISTRICT JUDGE JAMES D. CAIN, JR.** |
| **V.** | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **MAGISTRATE JUDGE THOMAS P. LeBLANC** |
| **Defendant.** | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Eric Pousson and Defendant The Lincoln National Life Insurance Company hereby give notice that this case has settled. The parties are working on finalizing settlement documents at this time. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Respectfully submitted this 26th day of May 2026.

Respectfully submitted,

*/s/ J. Price McNamara*
J. Price McNamara (LA Bar Roll No. 20291)
10455 Jefferson Highway, Ste 2B
Baton Rouge, LA 70809
Telephone: (225) 201-8311
Facsimile: (225) 201-8313
Email: price@jpricemcnamara.com

**COUNSEL FOR PLAINTIFF**

**AND**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

-AND-

*/s/ Lindsay Calhoun*
Lindsay Calhoun (Bar #35070)
Keiran S. McCluskie (Bar # 40874)
**PHELPS DUNBAR, LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: keiran.mccluskie@phelps.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, the above and foregoing document was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

*/s/ Iwana Rademaekers*
Iwana Rademaekers