**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| ERIC POUSSON | CIVIL ACTION NO. 25-1464 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | MAGISTRATE JUDGE HORNSBY |

**ORDER OF DISMISSAL**

The Court having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action is hereby **DISMISSED,** without prejudice to the right, upon good cause shown within ninety (90) days of the signing of this Order, to reopen the action if settlement is not consummated. The Clerk is now requested to close this case.

**IT IS FURTHER ORDERED** that within ninety (90) days of the signing of this Order, the parties shall submit to the Court: (1) a joint motion to dismiss accompanied by a proposed order; or (2) a Rule 41(a)(1)(A)(ii) stipulation of dismissal signed by all parties who have appeared in this action.

**DONE AND SIGNED** at Shreveport, Louisiana, this 27th day of May, 2026.

Alex C. Van Hook

**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**